# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMBER SCHWARTZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-03176 |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | |
| UBS FINANCIAL SERVICES INC., | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S AMENDED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in their accompanying Amended Memorandum of Law, Plaintiff, on behalf of herself and members of the Settlement Class, requests that the Court grant final approval of the Parties' class action settlement and enter her proposed Final Approval Order, which she will submit to the Court's proposed order email address.

                                        Respectfully submitted,

Dated: June 28, 2022.            /s/ *Brandon J. Hill*
                                         *One of the Attorneys for Plaintiffs and*
                                         *the Settlement Class*

| | |
|---|---|
| Douglas M. Werman | Brandon J. Hill |
| Maureen A. Salas | Wenzel Fenton Cabassa, P.A. |
| Sarah J. Arendt | 1110 North Florida Avenue, Suite 300 |
| Zachary Flowerree | Tampa, FL 33602 |
| Werman Salas P.C. | bhill@wfclaw.com |
| 77 W. Washington Street, Suite 1402 | gnichols@wfclaw.com |
| Chicago, IL 60602 | |
| (312) 419-1008 | |
| | Leonard A. Bennett* (*pro hac vice*) |
| | Craig C. Marchiando (*pro hac vice*) |
| | CONSUMER LITIGATION ASSOCIATES, P.C. |
| | 763 J. Clyde Morris Blvd., Suite 1-A |
| | Newport News, VA 23601 |
| | len@clalegal.com |
| | craig@clalegal.com |

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that a true and correct copy of the foregoing was served on Defendant's counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

                                                     /s/ Brandon J. Hill  
                                                     BRANDON J. HILL