# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Amber Schwartz

                      Plaintiff,

v.                                                    Case No.: 1:21−cv−03176
                                                                   Honorable John Robert Blakey

UBS Financial Services Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 30, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Final Approval Hearing held on 6/30/22. For the reasons discussed in court, the Court grants Plaintiff's amended motion for final approval of class action settlement [40] and denies as moot Plaintiff's initial motion for approval [39]. The Court also grants Plaintiff's motion for fees and costs [38] (with the modification concerning the settlement administrator's expenses) and directs Plaintiff to submit a proposed order reflecting the Court's rulings. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.